IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:99-CR-27-2-BO(2)

| | | |
|---|---|---|
| MIGUEL MONDRAGON AVILES | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on Defendant's two Motions for Return of Property (DE 115 & 117). These motions are virtually identical to a previous motion filed September 4, 2003. This Court denied the previous motion on January 25, 2006 finding no credible basis for the Petitioners' request.

With respect to the instant motions, the Court accepts the government's representations that there is no property in the possession of the government or its agents to return, and the motions are, therefore, DENIED.

SO ORDERED.

This the 19 day of September, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE