IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:99-CR-27-2BO

| | | |
|---|---|---|
| MIGUEL MONDRAGON AVILES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court upon Petitioner Miguel Mondragon Aviles's "Motion for Reconsideration or in the Alternative, Notice of Appeal, and Request for Return of Property, that Nash County Sheriff Department, Has Possession" [sic] [DE 122].

Petitioner requests this Court's reconsideration of its September 20, 2010 Order denying petitioner's third motion for return of property. The grounds for relief Petitioner asserts in the instant motion have been thoroughly considered and dismissed by the Court in the previous three motions denying relief. All of the information cited by Petitioner and the attachments to his motion have been previously filed with the Court.

Accordingly, there being no basis for relief, Petitioner's motion is DENIED.

SO ORDERED.

This the 5 day of November, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE